**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>HUAWEI DEVICE USA, INC. and<br>HUAWEI DEVICE CO. LTD.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-cv-00737-JRG |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' COUNTERCLAIMS**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together "Uniloc"), reply to the counterclaims of defendants, Huawei Device USA. Inc. and Huawei Device Co. Ltd. (together "Huawei"), as follows:

**PARTIES AND NATURE OF THE ACTION**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. These are Declaratory Judgment counterclaims.

**JURISDICTION AND VENUE**

6. Admitted.

7. As the issue of personal jurisdiction is a question of law, *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, 753 F.3d 521, 528 (5th Cir. 2014), no response is required. To the extent any factual allegations are stated, Uniloc admits that it has submitted to

personal jurisdiction for the resolution of its claims herein against Huawei. To the extent any further allegations of fact are alleged, they are denied.

8. Uniloc admits that venue is proper because Uniloc filed its Complaint here. Any remaining allegations of fact are denied. Huawei's purported reservation of rights is a legal issue to which no response is required.

**COUNT I**

**(Validity of the '508 Patent)**

9. The responses to paragraphs 1-8 above are repeated and realleged as if set forth in full herein.

10. Admitted.

11. Uniloc admits that Huawei has alleged without support that one or more claims of the '508 Patent are invalid. Any remaining allegations of fact are denied.

12. Denied.

13. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**COUNT II**

**(Infringement of the '508 Patent)**

14. The responses to paragraphs 1-13 above are repeated and realleged as if set forth in full herein.

15. Admitted.

16. Uniloc admits that Huawei denies infringement. All remaining allegations of fact are denied.

17. Denied.

18. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**COUNT III**

**(Validity of the ’723 Patent)**

19. The responses to paragraphs 1-18 above are repeated and realleged as if set forth in full herein.

20. Admitted.

21. Uniloc admits that Huawei has alleged without support that one or more claims of the ’723 Patent are invalid. Any remaining allegations of fact are denied.

22. Denied.

23. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**COUNT IV**

**(Infringement of the ’723 Patent)**

24. The responses to paragraphs 1-23 above are repeated and realleged as if set forth in full herein.

25. Admitted.

26. Uniloc admits that Huawei denies infringement. All remaining allegations of fact are denied.

27. Denied.

28. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**COUNT V**

**(Validity of the ’902 Patent)**

29. The responses to paragraphs 1-28 above are repeated and realleged as if set forth in full herein.

30. Admitted.

31. Uniloc admits that Huawei has alleged without support that one or more claims of the ’902 Patent are invalid. Any remaining allegations of fact are denied.

32. Denied.

33. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**COUNT VI**

**(Infringement of the'902 Patent)**

34. The responses to paragraphs 1-33 above are repeated and realleged as if set forth in full herein.

35. Admitted.

36. Uniloc admits that Huawei denies infringement. All remaining allegations of fact are denied.

37. Denied.

38. Uniloc admits that Huawei requests such relief but denies that Huawei is entitled to such relief.

**PRAYER FOR RELIEF**

WHEREFORE, Uniloc prays that the Court:

A. enter judgment in favor of Uniloc on all counts of the Complaint;

B. decline to exercise jurisdiction over Huawei's Counterclaims;

C. dismiss Huawei's Counterclaims;

D. in the alternative, enter judgment in favor of Uniloc on Huawei's Counterclaims;

E. award Uniloc its damages caused by Huawei's unlawful acts of infringement, with interest thereon;

F. declare this an exceptional case and award Uniloc its fees, expenses and costs incurred in this action; and

G. award Uniloc such other and further legal and equitable relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Uniloc hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

Date: March 6, 2018

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes
Kevin Gannon
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: kgannon@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
**NELSON BUMGARDNER PC**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on March 6, 2018 via the Court's CM/ECF system.

*/s/ Kevin Gannon*